ORIGINAL

FILED

08/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0250

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 20-0250

PATRICK JOSEPH ADAMS,

    Petitioner,

v.

PETER BLUDWORTH, WARDEN,
CROSSROADS CORRECTIONAL CENTER,

    Respondent.



FILED

AUG 0 4 2020

Clerk of Supreme Court
State of Montana

ORDER

On July 21, 2020, this Court issued an Order denying and dismissing Patrick Joseph Adams's Petition for a Writ of Habeas Corpus because he did not demonstrate illegal restraint due to his 2019 parole revocation based on several parole violations following his release. The Department of Corrections filed a summary response per our May 8, 2020 Order and addressed Adams's cognizable claims for habeas corpus relief. As we stated then most of Adams's claims were not remedied by his instant petition. On July 23, 2020, Adams filed a Motion to Respond to the State's Answer, his Response, and two exhibits.

The Montana Rules of Appellate Procedure govern filings in original proceedings, such as this writ. M. R. App. P. 14(7)(a) provides: "No reply memorandum shall be filed to the summary response, except on order of the supreme court." We construe Adams's pleadings as a reply memorandum that is not allowed here. Therefore,

IT IS ORDERED that Adams's Motion to Respond to the State's Answer is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Joseph Patrick Adams personally.

DATED this 4th day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices